UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CITIZEN UNITED,** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action No. 22-2019 (RC) (ECF) |
| **DEP'T OF HOMELAND SECURITY,** | ) ) | |
| Defendant. | ) ) ) | |

**MOTION TO ENLARGE TIME TO FILE DEFENDANT'S ANSWER
OR OTHER RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to the Federal Rules of Civil Procedure ("Rule") 6(b)(1)(A), the Department of Homeland Security ("Defendant" or "DHS"), by and through undersigned counsel, respectfully requests an enlargement of time until September 27, 2022, to file Defendant's Answer or other Response to the Complaint filed by Citizens United ("Plaintiff"). In support hereof, Defendant respectfully proffers the following good cause:

1. Plaintiff commenced this action under the Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), seeking "[a]ll emails . . . regarding a Disinformation Governance Board" between senior DHS officials on one hand, and those senior DHS officials and the White House and Members and employees of Congress on the other. *See generally* ECF No. 1. Plaintiff further alleges that it has not received a response to this request. *Id*.

2. Defendant's response to Plaintiff's Complaint is due tomorrow and this is Defendant's first request for an enlargement of time. The undersigned is constrained to make this request due to press of other deadlines that preexisted this one that also precluded the

1

undersigned from conferring more meaningfully with Agency Counsel. The undersigned had innumerable other filing and discovery deadlines that existed before this case was assigned to him.

3. The undersigned did have some cursory discussions with Agency Counsel, but needs the additional time to confer more meaningly regarding the Agency's position in this litigation and to prepare an appropriate response. The undersigned do not seek this enlargement lightly or to unduly delay a timely adjudication of this action.

4. Pursuant to LCvR 7(m), the undersigned conferred with Opposing Counsel who graciously consented to this request.

Wherefore, Defendant respectfully requests that the Court grant this enlargement of time to file an Answer or other response to Plaintiff's Complaint. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just a welcome if the Court prefers.

August 25, 2022                                    Respectfully submitted,

                                              MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Acting Civil Chief

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
District of Columbia (Civil Division)
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2562

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZEN UNITED,** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 22-2019 (RC) |
| | ) (ECF) |
| **DEP'T OF HOMELAND SECURITY,** | ) |
| Defendant. | ) |

## **ORDER**

After considering this motion, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the Defendant's motion is hereby GRANTED; and it is

**FURTHER ORDERED**, that the Defendant's Answer or other response is due no later than September 27, 2022.

HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE