UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 22-2019 (RC) |
| v. ) | (ECF) |
| ) | |
| **DEP'T OF HOMELAND SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## JOINT STATUS REPORT

Citizens United ("Plaintiff") and the Department of Homeland Security ("Defendant" or "DHS") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on May 25, 2023. In support hereof, the parties respectfully submit the following:

1. In this action under Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), on the aforementioned date, the Court ordered the parties to file another Joint Status Report by today.

2. It appears that the only records remaining in this action are those that require Defendant to consult with other Agencies that originated the records initially or have equities in them. Since the parties' last Joint Status Report, Defendant has continued to consult with those other Agencies and release responsive non-exempt records.

3. Specifically, on June 13, 2023, Defendant made an interim release that included nineteen pages that had returned after consultations. These consultation records had arisen from Defendant's January 27, 2023, processing and releases.

1

4.      Defendant continues to follow up and request additional status updates for the remaining outstanding consultation pages and will produce the responsive, nonexempt records as they are returned.   Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than October 17, 2023.

Wherefore, the parties jointly request that the Court adopt their proposal.   A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

July 18, 2023                                                         Respectfully submitted,

*/s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN, D.C. Bar No. 1012943
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Civil Chief

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office
District of Columbia (Civil Division)
601 D Street, N.W.
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZEN UNITED, | ) |
| Plaintiff | ) ) ) |
| v. | ) Civil Action No. 22-2019 (RC) ) (ECF) |
| DEP'T OF HOMELAND SECURITY, | ) ) |
| Defendant. | ) ) |

## ORDER

After considering this motion, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file another Joint Status Report no later than October 17, 2023.

HON. RUDOLPH CONTRERAS<br>
UNITED STATES DISTRICT JUDGE

3