UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS UNITED, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>DEP'T OF HOMELAND SECURITY, )<br>)<br>Defendant. )<br>) | Civil Action No. 22-2019 (RC) |

**JOINT STATUS REPORT**

  Citizens United ("Plaintiff") and the Department of Homeland Security ("Defendant" or "DHS") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on October 17, 2023.  In support hereof, the parties respectfully submit the following:

  1. In this action under Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), on the aforementioned date, the Court ordered the parties to file another Joint Status Report by today.

  2. Defendant continues to confer with other agencies that originated and have equities in the remaining records left to be processed and released.  The consultation process has no doubt been slower than the agency would like, but it is not for a lack of diligence on the Agency Counsel's part.  In Government Counsel's experience, delays in the consultation process are becoming more prevalent.  Nevertheless, the undersigned continues to press Agency Counsel to break the logjam.

3. Meanwhile, the parties continue to confer, and Government Counsel confirmed that Plaintiff is interested in some additional records. Agency Counsel reports that the records will be released no later than the coming week.

4. Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than December 19, 2023.

Wherefore, the parties jointly request that the Court adopt their proposal. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

November 17, 2023                                  Respectfully submitted,

                                             */s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Civil Chief

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CITIZEN UNITED,** | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) | Civil Action No. 22-2019 (RC) (ECF) |
| **DEP'T OF HOMELAND SECURITY,** | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER**

After considering this Joint Status Report, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file another Joint Status Report no later than December 19, 2023.

HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE

3