UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,** ) <br> ) <br> **Plaintiff** ) <br> ) <br> v. ) <br> ) <br> **DEP'T OF HOMELAND SECURITY,** ) <br> ) <br> **Defendant.** ) <br> ) | Civil Action No. 22-2019 (RC) |

## JOINT STATUS REPORT

Citizens United ("Plaintiff") and the Department of Homeland Security ("Defendant" or "DHS") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on November 17, 2023. In support hereof, the parties respectfully submit the following:

1. In this action under Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), on the aforementioned date, the Court ordered the parties to file another Joint Status Report by today.

2. As the Court will recall, DHS has finished processing and releasing responsive records that it generated. The only remaining issue is responsive records that were originated by other agencies. Typically, the process of getting other agencies to review records referred to them requires the referring agency, in this case DHS, to push the referral agencies to review the records in the midst of those agencies' other FOIA obligations.

3. Since the parties' last status report, there has been progress on this front with the release of fifteen additional pages of referral records. DHS continues to push the referral

1

agencies to complete the review process. Government counsel believes that there are about 86 pages of referral records remaining.

4. Plaintiff's counsel has confirmed receipt of the recently released records. As Government Counsel continues to push for more and faster processing of the referral records, the parties also continue to engage and confer when the need arises.

5. Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than January 23, 2024.

Wherefore, the parties jointly request that the Court adopt their proposal. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

December 19, 2023                                  Respectfully submitted,


                                               */s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*


\*     \*     \*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Civil Chief

By: _____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.   20530
Telephone: (202) 252-2562

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZEN UNITED,** ) | |
| ) | |
| Plaintiff ) | |
| ) | Civil Action No. 22-2019 (RC) |
| v. ) | (ECF) |
| ) | |
| **DEP'T OF HOMELAND SECURITY,** ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

After considering this Joint Status Report, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file another Joint Status Report no later than January 23, 2024.

HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE