UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,** )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>**DEP'T OF HOMELAND SECURITY,** )<br>)<br>Defendant. )<br>) | Civil Action No. 22-2019 (RC) |

**JOINT STATUS REPORT**

Citizens United ("Plaintiff") and the Department of Homeland Security ("Defendant" or "DHS") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on December 20, 2023. In support hereof, the parties respectfully submit the following:

1. In this action under Freedom of Information Act, 5 U.S.C. § 552, *et seq*. ("FOIA"), on the aforementioned date, the Court ordered the parties to file another Joint Status Report by today.

2. DHS has finished processing and releasing responsive records that it generated, but is experiencing delays with consultation records that originated by other agencies. As a result of these delays, Agency Counsel informed the undersigned that the issue has been escalated to supervisors at the agencies.

3. Unfortunately, DHS is not able to report much progress with the referral records. However, in light of the recent escalation, DHS is cautiously optimistic that there would be progress before the parties next Joint Status Report would be due.

1

4. Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than March 26, 2024.

Wherefore, the parties jointly request that the Court adopt their proposal. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

January 23, 2024                                                  Respectfully submitted,

                                                 */s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Civil Chief

By:      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CITIZEN UNITED,** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 22-2019 (RC) |
|  | ) (ECF) |
| **DEP'T OF HOMELAND SECURITY,** | ) |
| Defendant. | ) |

## ORDER

After considering this Joint Status Report, the record herein, and applicable law,

it is this _____ day of _____, 202_, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file another Joint Status Report no later than March 26, 2024.

HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE