# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS UNITED,** | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 22-2019 (RC) |
| **DEP'T OF HOMELAND SECURITY,** | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Citizens United ("Plaintiff") and the Department of Homeland Security ("Defendant" or "DHS") (collectively "the parties"), by and through undersigned counsel, respectfully submit this Joint Status Report in response to the Court's Minute Order entered on March 28, 2024. In support hereof, the parties respectfully submit the following:

1. In this action under Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), on the aforementioned date, the Court ordered the parties to file another Joint Status Report by today.

2. In their last Joint Status Report, *see* ECF No. 15, the parties had reported that, although DHS had finished processing and releasing records, the only records remaining were subject to consultation with other agencies with equities in those records.

3. The parties are happy to report that DHS was able to clear the logjam, which resulted in the release of a significant number of records with withholdings to Plaintiff. Plaintiff's Counsel confirms receipt of the records and that the records are currently under review. Plaintiff's counsel anticipates that the review could take two months.

4. The parties anticipate that after Plaintiff's review is complete, the parties would take some additional time to confer on narrowing or eliminating areas of disagreement, if any. Thus, the parties jointly request that the Court permit them to file another Joint Status Report no later than August 6, 2024.

Wherefore, the parties jointly request that the Court adopt their proposal. A proposed Order reflecting the requested relief is attached for the Court's consideration, but a Minute Order would be just as welcome if the Court prefers.

May 3, 2024                                                                 Respectfully submitted,


 */s/ Jeremiah L. Morgan*
JEREMIAH L. MORGAN
WILLIAM J. OLSON, P.C.
370 Maple Avenue West, Suite 4
Vienna, VA 22180
(703) 356-5070
jmorgan@lawandfreedom.com

*Counsel for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Civil Chief

By:_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C.  20530
Telephone: (202) 252-2562

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZEN UNITED,** )<br>)<br>Plaintiff )<br>)    Civil Action No. 22-2019 (RC)<br>v. )    (ECF)<br>)<br>**DEP'T OF HOMELAND SECURITY,** )<br>)<br>Defendant. )<br>) | |

## ORDER

After considering this Joint Status Report, the record herein, and applicable law,

it is this ____ day of _____, 202_, hereby

**ORDERED**, that the parties' proposal is hereby ADOPTED; and it is

**FURTHER ORDERED**, that the parties shall file another Joint Status Report no later than August 6, 2024.

HON. RUDOLPH CONTRERAS<br>
UNITED STATES DISTRICT JUDGE

3